AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
11/25/2025
Clerk, U.S. District Court
Western District of Texas

By: *AQ*
Deputy

| | |
|---|---|
| USA | § § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: **EP:25-M -06517(1)  LE** |
| **(1) GUMERCINDO LOPEZ-RODRIGUEZ** | § § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 20, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States  without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title     **8**     United States Code, Section(s)    **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **"** The DEFENDANT, Gumercindo LOPEZ-Rodriguez, an alien to the United States and a citizen of Guatemala was found approximately 7.2 miles West of Tornillo Port of Entry  in Tornillo, Texas in the Western District of Texas.  From statements made  **"**Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

/S/ PARGA DAVIS, MARIA I.
Signature of Complainant
Border Patrol Agent

November 25, 2025
File Date

at   EL PASO, Texas
City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 01:02  P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -06517(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) GUMERCINDO LOPEZ-RODRIGUEZ**

<u>FACTS   (CONTINUED)</u>

by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on 06/25/ 2025 through Alexandria, LA.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

<u>IMMIGRATION HISTORY:</u>

**The DEFENDANT has been removed once, the last one being to GUATEMALA on June 25, 2025, through ALEXANDRIA, LA**

<u>CRIMINAL HISTORY:</u>

**05/20/2007, Madison County MS, Failure to Maintain Insurance(M), ACC, unknown.**
**05/20/2007, Madison County MS, License Plate No Tag Expired(M), ACC, unknown.**
**04/12/2012, Rankin County, MS, Traveling in excess of maximum speed(M), ACC, unknown.**
**04/12/2012, Rankin  County, MS, Driving No Driver License(M), ACC, unknown.**
**04/12/2012, Rankin County, MS, Failure to Maintain Insurance(M), ACC, unknown.**